■ In the Matter of KALIEK G., a Person Alleged to be a Juvenile Delinquent, Appellant. [618 NYS2d 205] —Order of disposition, Family Court, Bronx County (Cira Martinez, J.), entered December 17, 1993, adjudicating respondent a juvenile delinquent following a fact-finding determination that placed him with the Division for Youth for a period of 18 months, following a plea of guilty, for acts which if committed by an adult, would constitute criminal possession of a controlled substance in the fifth degree, unanimously affirmed, without costs.

For the reasons stated in *Matter of Deshone C.* and *Matter of Mark M.* (207 AD2d 756), there is no merit to respondent's contention that the juvenile delinquency petition was jurisdictionally defective. Concur—Ellerin, J. P., Kupferman, Asch, Nardelli and Tom, JJ.